**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

JOHN ROWLAND and
CURTIS DIJON FISHER,

                                          Plaintiffs,

1:25-cv-1035 (BKS/PJE)

v.

WILLIAM MONTGOMERY, III,
Attorney at Law,

                                          Defendant.

---

**Appearances:**

*Plaintiffs pro se:*
John Rowland
25-R-1918
Mohawk Correctional Facility
P.O. Box 8451
Rome, NY 13440

Curtis Dijon Fisher
25-R-1916
Mohawk Correctional Facility
P.O. Box 8451
Rome, NY 13440

**Hon. Brenda K. Sannes, Chief United States District Judge:**

**MEMORANDUM-DECISION AND ORDER**

Plaintiffs John Rowland and Curtis Dijon Fisher brought this action pro se asserting

claims under 42 U.S.C. § 1983 against Defendant William Montgomery, III. (Dkt. No. 1).

Plaintiffs also sought leave to proceed *in forma pauperis* ("IFP"). (Dkt. No. 2, 5). This matter

was referred to United States Magistrate Judge Paul J. Evangelista for an initial review pursuant

to 28 U.S.C. § 1915(e)(2) and Local Rule 72.3(d). On April 28, 2026, Magistrate Judge

Evangelista issued an Order and Report-Recommendation granting Plaintiffs' application to

proceed IFP and recommending that Plaintiffs' Complaint be dismissed with prejudice for failure to state a claim; or in the alternative, that the matter be dismissed without opportunity to amend in this action but without prejudice to proceeding on such claims in the future should Plaintiffs be able to demonstrate favorable termination of their criminal convictions; and that Plaintiffs' request for class certification be dismissed without prejudice. (Dkt. No. 12). Magistrate Judge Evangelista informed Plaintiffs that they had fourteen days within which to file written objections to the report under 28 U.S.C. § 636(b)(1), and that the failure to object to the report within fourteen days would preclude appellate review. (*Id.* at 16). Neither Plaintiff filed any objections to the Report-Recommendation.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Nambiar v. Cent. Orthopedic Grp., LLP*, 158 F.4th 349, 359 (2d Cir. 2025); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation, the Court finds no clear error in Magistrate Judge Evangelista's recommendation that the Complaint be dismissed with prejudice because there are no facts suggesting that Defendant Montgomery, who appears to have been performing the traditional functions as legal counsel to the Plaintiffs, was acting under color of state law, and any amendment would be futile, (Dkt. No. 12 at 15). The Court accordingly adopts the Report-Recommendation to dismiss the Complaint for failure to state a claim.

For these reasons, it is hereby

**ORDERED** that the recommendation in Magistrate Judge Evangelista's Report-Recommendation (Dkt. No. 12) to dismiss the Complaint for failure to state a claim is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' complaint (Dkt. No. 1) is **DISMISSED** for failure to state a claim; and it is further

**ORDERED** that the Clerk shall issue a judgment and close the case; and it is further

**ORDERED** that the Clerk serve a copy of this Order on Plaintiffs in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: June 24, 2026
        Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge